■ In the Matter of CIVIL SERVICE TECHNICAL GUILD, LOCAL 375, DISTRICT 37, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al., Appellants, v MALCOLM D. MACDONALD, as Chairman of Board of Certification of Office of Collective Bargaining of City of New York, et al., Respondents. [669 NYS2d 1017] —Order and judgment (one paper), Supreme Court, New York County (Herman Cahn, J.), entered January 29, 1997, unanimously affirmed for the reasons stated by Cahn, J., without costs or disbursements. No opinion. Concur—Rosenberger, J. P., Nardelli, Wallach, Rubin and Mazzarelli, JJ.